USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   6/12/2026

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

GOOGLE LLC,

        *Plaintiff,*

    v.

DOES 1–25,

        *Defendants.*

Civil Action No.: 26-cv-4982

**ORDER GRANTING PLAINTIFF'S MOTION TO FILE APPENDICES A AND C UNDER SEAL AND REDACT CERTAIN INVESTIGATIVE AND IDENTIFYING INFORMATION**

Upon consideration of Plaintiff Google LLC's motion to file certain documents under seal or with redactions, and the Court having found that there are legitimate confidentiality concerns which warrant the relief sought, and for good cause shown, it is hereby,

**ORDERED** that Google's motion is GRANTED.

IT IS FURTHER ORDERED that the following documents filed in support of the Motion for an *Ex Parte* Temporary Restraining Order and Order to Show Cause shall remain under seal and/or in redacted form on the Court's docket until otherwise stated:

(1)    Appendix A to the NAXO Declaration in Support of Plaintiff's Motion for an *Ex Parte* Temporary Restraining Order and Order to Show Cause;

(2)    Appendix C to the NAXO Declaration in Support of Plaintiff's Motion for an *Ex Parte* Temporary Restraining Order and Order to Show Cause;

(3)    a copy of Plaintiff's Memorandum of Law in Support of its Motion for an *Ex Parte* Temporary Restraining Order and Order to Show Cause;

2

(4)    a copy of NAXO's Declaration in Support of Plaintiff's Motion for an *Ex Parte* Temporary Restraining Order and Order to Show Cause and accompanying appendices and exhibits; and

(5)    a copy of Google's Declaration in Support of Plaintiff's Motion for an *Ex Parte* Temporary Restraining Order and Order to Show Cause and accompanying appendix.

SO ORDERED.

Dated: June 12, 2026
        New York, New York

Victor Marrero
U.S.D.J.

2